**FILED**
February 4, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TOMMY WARE, )<br>)<br>Defendant. ) | Case No. 2:13-mj-00035-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TOMMY WARE, Case No. 2:13-mj-00035-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00

　　　_X_   Co-signed Unsecured Appearance Bond

　　　___   Secured Appearance Bond

　　　_X_   (Other) Conditions as stated on the record.

　　　___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  2/4/2013  at 3:35 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge